

**APPLICATION GRANTED  
SO ORDERED** /s/ Vernon Broderick  
**VERNON S. BRODERICK  
U.S.D.J.** 12/23/22

HON. SYLVIA O. HINDS-RADIX  
*Corporation Counsel*

THE CITY OF NEW YORK  
**LAW DEPARTMENT**  
100 CHURCH STREET  
NEW YORK, NY 10007

CHRISTOPHER G. ARKO  
*Senior Counsel*  
Phone: (212) 356-5044  
Fax: (212) 356-2439  
carko@law.nyc.gov

December 22, 2022

**BY ECF**  
Honorable Vernon S. Broderick  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

        Re:    Kelvin Howell v. City of New York, et al.  
                22 Civ. 7262 (VSB)

Your Honor:

      I am an attorney at the New York City Law Department, attorney for defendants City of New York and New York City Department of Correction in the above-referenced matter. I write jointly on behalf of the parties to respectfully request that the Court modify its December 20, 2022 Order and Notice of Initial Conference. As the Court is aware, shortly before Your Honor issued the Order and Notice of Initial Conference, a Second Amended Standing Administrative Order was posted on the docket directing the parties to participate in a mediation with the Southern District's Alternative Dispute Resolution program. As part of the mediation process, the parties are required to engage in limited document discovery. The limited discovery and mediation should be completed by February 17, 2022. The parties therefore respectfully request that the Court modify its Order and Notice of Initial Conference such that the parties may file their joint letter and proposed case management plan and scheduling order by February 24, 2023.

      I thank the Court for its consideration herein.

                                                    Respectfully submitted,

                                                    /s/ *Christopher G. Arko*

                                                    Christopher G. Arko  
                                                    Senior Counsel

cc:    Brittany Weiner, Esq. (by ECF)  
        *Counsel for plaintiff*