```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   KELVIN HOWELL,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :          22-CV-7262 (VSB)
                  -against-                                :
                                                           :             ORDER
                                                           :
   CITY OF NEW YORK and NEW YORK                           :
   CITY DEPARTMENT OF CORRECTION,                          :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff initiated this action by filing a complaint on August 25, 2022. (Doc. 1.) Defendants answered on December 19, 2022. (Doc. 15.) On March 14, 2023, I entered a case management plan and scheduling order. (Doc. 28.) On May 15, 2023, counsel for Plaintiff filed a motion to withdraw as attorney, (Doc. 31), explaining that "communications between Plaintiff and Imbesi Law have broken down, rendering it overwhelmingly difficult to continue with representation," (Doc. 32). On May 16, 2023, I granted the motion to withdraw and ordered that the matter was to be stayed until Monday July 17, 2023 to allow Plaintiff time to retain new counsel. (Doc. 35.) Plaintiff was served a copy of this order via mail and electronic mail on May 16, 2023. (Docs. 36, 37.) Because new counsel has not entered an appearance, I will consider Plaintiff to be proceeding *pro se*. Accordingly, the stay is hereby lifted and the parties are ordered to file a status update and amended case management plan, if necessary, on or before August 8, 2023. The Clerk of the Court is respectfully directed to mail a copy of this order to

*pro se* Plaintiff at 235 East 54th Street, New York, NY 10022.

SO ORDERED.

Dated: July 19, 2023
      New York, New York

_____
Vernon S. Broderick
United States District Judge